# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2020

159180

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                                    SC: 159180
                                                                     COA: 346173
                                                                     Ingham CC: 17-000944-FH
JONATHAN WAYNE WEHRLE,
            Defendant-Appellant.

_____/

By order of September 10, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the January 2, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. In its consideration of this case, the Court of Appeals shall expressly address whether the information about the October 2018 interview with Christopher Wehrle that the prosecution has attached to its response in this Court may be properly considered on appeal.



t0129

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020



                                            Clerk